No. 604. HANDZIK v. ILLINOIS EX REL. DICKERSON. Supreme Court of Illinois. Certiorari denied. *Frederick J. Bertram* for petitioner.

No. 609. HARVEY ET AL. v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Bernard Margolius* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Robert S. Erdahl* for the United States.

No. 614. KELHAM ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Leon de Fremery* for petitioners. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Hilbert P. Zarky* for respondent.

No. 618. MAJOR v. PHILLIPS-JONES CORPORATION. C. A. 2d Cir. Certiorari denied. *Milton E. Mermelstein* for petitioner. *Eugene Frederick Roth* for respondent.

No. 627. STRAUB ET AL. v. SAMPSELL, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied. *Charles K. Chapman* and *Alan E. Gray* for petitioners. *Thos. S. Tobin* for respondent.

No. 628. ROCCO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Charles J. Margiotti* and *Vincent M. Casey* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.